# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

**ESSOKOUSSAM AGBA**

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04M-1012-JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 4, 2004,** in **Suffolk** County, in the District of **Massachusetts** defendant did, (Track Statutory Language of Offense)

knowingly and intentionally and unlawfully import into the United States from a place outside thereof, approximately 1.8 kilograms of heroin, a Schedule I controlled substance.

in violation of Title **21** United States Code, Section(s) **952(a) and 960**.

I further state that I am a(n) **U.S. ICE Special Agent** and that this complaint is based on the following facts:
Official Title

See Attached Affidavit of Special Agent Eric B. LaForte

Continued on the attached sheet and made a part hereof:    X Yes    ☐ No

Signature of Complainant
ERIC B. LAFORTE
Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

March 5, 2004
Date

Boston, Massachusetts
City and State

**JUDITH G. DEIN**
**UNITED STATES MAGISTRATE JUDGE**

Name and Title of Judicial Officer

Signature of Judicial Officer