## AFFIDAVIT OF SPECIAL AGENT ERIC B. LAFORTE

I, Special Agent Eric B. LaForte, depose and state as follows:

1. I am a Special Agent with the United States Immigration and Customs Enforcement. I have been a Special Agent with the Customs Service for the past one (1) year. I have been involved in more than fifty drug-related investigations involving the illegal smuggling of narcotics, including but not limited to, cocaine, heroin, marijuana, ecstasy and anabolic steroids. I have also received training from U.S. Customs at the Federal Law Enforcement Training Center in all aspects of drug smuggling, including the structure, organization, and operation of international drug smuggling groups, the techniques used by such persons to finance and import drugs, and the identification of documents and other records commonly generated by such operations.

2. I submit this affidavit in support of a criminal complaint charging **ESSOKOUSSAM AGBA ("AGBA")** with illegally importing approximately four pounds (approximately 1.8 kilograms) of heroin, a Schedule I controlled substance, into the customs territory of the United States from a place outside thereof, in violation of 21 U.S.C. §§ 952(a) and 960.

3. The information contained in this Affidavit is based upon facts and circumstances learned by me personally and information related to me by other law enforcement officers involved in the investigation. This affidavit does not set forth all the facts developed during the course of this investigation. Rather, it sets forth only those facts that are necessary and sufficient to establish probable cause to believe that **AGBA** has committed the crime set forth in the accompanying Criminal Complaint.

4. On Thursday, March 4, 2004, at approximately 6:05 P.M., Air France Flight 322 landed at Logan International Airport in Boston. Flight 322 had originated in France. **AGBA** was a passenger on that flight. He was traveling on a passport issued from Togo and had flown from France to Boston, MA.

5. **AGBA** de-boarded the plane along with the other passengers. After disembarking, **AGBA** was briefly questioned by a Customs Inspector and was referred to a secondary inspection area. While in the secondary inspection area, **AGBA** admitted that the luggage he was carrying, which consisted of a briefcase, two duffel bags and a carry-on bag, was his, as were their contents. He also stated that he had packed the bags himself. **AGBA** also stated that he was planning to take a bus to Hartford, CT. **AGBA** did not have a bus ticket and did not know where the bus station was, or how he would get to it. At one point, **AGBA** stated he was

visiting the country to attend his son's wedding, and also he planned to go to his brother's residence in Hartford. **AGBA** did not know how he was getting to his brother's residence once he arrived in Hartford.

7. **AGBA** purchased his ticket in London for which he paid cash. **AGBA** stated that he was in London for four days before arriving in France. **AGBA** stated he was in France for under an hour.

10. Customs Inspectors performed a search of AGBA's briefcase, which appeared to be unusually heavy. A subsequent x-ray of the bag revealed that there was organic matter contained in a thick area of the brief case. Two taped packages were found concealed in the lining of this area of the brief case. The packages contained a white powdery substance. A subsequent search of **AGBA**'s duffel bags revealed a small black purse contained in one of the bags. Concealed in the lining of the purse was another taped, wrapped package, also containing a white, powdery substance.

11. A subsequent field test of the packages contained in the brief case tested positive for approximately 3.05 pounds of heroin. A subsequent field test of the package contained in the

black purse tested positive for approximately 1.15 pounds of heroin.

12. Based on the information contained in this Affidavit, all of which is true and accurate to the best of my knowledge, information and belief, I believe that there is probable cause to believe that **ESSOKOUSSAM AGBA** has committed violations of 21 U.S.C. § 952(a) and 960.

                                      **ERIC B. LAFORTE**
                                      Special Agent
                                      United States Immigration and
                                      Customs Enforcement

Sworn to and subscribed before me the 5th day of March, 2004.

                                      **JUDITH G. DEIN**
                                      United States Magistrate Judge