# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v.s. Agba
FOR: 
AT: 

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Essokoussim Agba

1. ☑ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS:
Magistrate: 04m-1012-JGD
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☑ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☐ No  ☑ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ 1500.00 (est.)
IF NO, give month and year of last employment. How much did you earn per month? $ ____
If married is your Spouse employed? ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ ____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ 20,000 (est)
SOURCES: export/import, convenience store

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No  IF YES, state total amount $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: ~10,000 / 20,000
DESCRIPTION: convenience store / home

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ✓ SINGLE, ___ MARRIED, ___ WIDOWED, ___ SEPARATED OR DIVORCED
Total No. of Dependents: 6
List persons you actually support and your relationship to them:
Palakyem Agba
Nasser Agba
Sarina Agba
Sonia Agba
Arlette Agba
Brad Agba

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt |
|---|---|---|---|
| rent | | $ | $ 575.00 |
| bus. expense (rent) | | $ | $ 1100.00 |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 3/10/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)